516 A.2d 656

**PENNSYLVANIA DENTAL ASSOCIATION, Petitioner,**

**v.**

**No. 292 Middle District Allocatur Docket 1985.**
**No. 48 M.D. Appeal Docket 1986.**

Supreme Court of Pennsylvania.

Oct. 22, 1986.

## ORDER OF COURT

AND NOW, to-wit, this *22nd* day of *October,* 1986, the Petition for Allowance of Appeal filed in the above-captioned case is GRANTED.

IT IS FURTHER ORDERED that said Petition is QUASHED. (See Opinion filed at 512 Pa. 217, 516 A.2d 647 (1986), *Pennsylvania Dental Association, Appellant v. Commonwealth of Pennsylvania Insurance Department, et al.*)